IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELSIE PLUMMER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HAYS TUG & LAUNCH SERVICE, INC., | : | |
| et al. | : | NO. 09-0127 |

## ORDER

AND NOW, this 13th day of July, 2010, after a hearing and upon agreement of all parties, it is hereby ORDERED that:

(1) the settlement of the wrongful death claim for $250,000 is approved, with distribution of the monies as follows;

(2) attorney's fees, at 1/3 of the total settlement, are approved in the amount of $83,333.32;

(3) attorney's costs are approved in the amount of $31,388.68;

(4) the $1,000 payment for settlement of the wrongful death claim under the Jones Act is apportioned as follows:

    (a) Elsie Plummer - $250; and

    (b) Maurice Jabree Nelson - $750; and

(5) the remaining monies, totaling $134,278, for settlement of the wrongful death claim under the Longshore and Harbor Workers' Act is apportioned as follows:

    (a) Elsie Plummer - $26,855.60;

    (b) Tamira Yvette Nelson - $26,855.60;

    (c) Floyd Nelson Jr. - $26,855.60;

(d) Maurice Jabree Nelson - $26,855.60; and

(e) Althea Janette Hanna - $26,855.60.

      BY THE COURT:

      /s/ Harvey Bartle III
               C.J.