IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELSIE PLUMMER | : | CIVIL ACTION |
| v. | : | |
| HAYS TUG & LAUNCH SERVICE, INC., et al. | : | NO. 09-0127 |

<u>ORDER</u>

AND NOW, this 14th day of July, 2010, it is hereby ORDERED that the July 13, 2010 Memorandum and Order (Docket No. 40) of this court is VACATED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III          C.J.